UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COAST BUSINESSES FOR FAIR PLAY, LLC )
ROPES & GRAY, LLP )
PHELPS DUNBAR, LLP )
)
                    Plaintiffs, )
)
v. )
)
UNITED STATES DEPARTMENT OF THE )
INTERIOR, )
)
                    Defendant. )
)

CASE NUMBER 1:07CV00446
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 03/07/2007

## COMPLAINT

1.    Defendant United States Department of the Interior ("DOI" or "the Department") is withholding without explanation and with significant delay agency records properly requested under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, which relate to a proposed tribal casino in Jackson County, Mississippi. This action seeks to compel the production of these agency records improperly withheld by the Department.

## JURISDICTION AND VENUE

2.    This Court has jurisdiction over this action under 5 U.S.C. § 552(a)(4)(B).

3.    Venue lies in this Court under 28 U.S.C. § 1391(e) because Defendant resides in this district.

## PARTIES

4.    Plaintiff Coast Businesses for Fair Play, LLC ("CBFP") is a Mississippi Limited Liability Company consisting of businesses on Mississippi's Gulf Coast, including several casino

companies. CBFP was formed in the fall of 2006 in response to a $375 million off-reservation casino project in Jackson County, Mississippi proposed by the Mississippi Band of Choctaw Indians ("the Tribe"). This proposed off-reservation casino would be the first gaming facility in Jackson County, and would be almost 200 miles from the Tribe's reservation in Northern Mississippi. The proposed casino complex would include 1,100 hotel rooms, 2,350 slot machines, 70 table games, and a restaurant seating 400 patrons. Located on 100 acres near the intersection of Interstate 10 and Mississippi 57, it would be the first gaming destination encountered by motorists entering Mississippi from Alabama and Florida.

    5.    Plaintiff Ropes & Gray, LLP is a law firm with offices in Boston, New York, Palo Alto, San Francisco, and Washington, DC. Ropes & Gray represents CBFP and Isle of Capri Casinos. Isle of Capri, a member of CBFP, has casinos in Biloxi, Natchez, and other locations throughout Mississippi.

    6.    Plaintiff Phelps Dunbar, LLP is a law firm with offices in New Orleans and Baton Rouge, Louisiana; Jackson, Tupelo, and Gulfport, Mississippi; Houston, Texas; Tampa, Florida; and London, England. Phelps Dunbar also represents CBFP.

    7.    Defendant DOI is an agency in the executive branch of the United States. It has possession of, and control over, the records CBFP seeks.

## THE FOIA REQUESTS

    8.    On August 3, 2006, Ropes & Gray submitted a FOIA request on behalf of Isle of Capri Casinos, a member of CBFP, to the Department's FOIA Officer in Washington, D.C., requesting all information relating to any request by the Mississippi Band of Choctaw Indians that the Department take lands in the state of Mississippi into trust on behalf of the Tribe. After

7248004_1

thirty weeks, the Department still has not responded to this request, effectively denying the request under 5 U.S.C. §§ 552(a)(6)(A)(i) and 552(a)(6)(C).

9. On October 26, 2006, Phelps Dunbar submitted a FOIA request on behalf of CBFP to the Department's FOIA Coordinator in Nashville, TN, requesting all information relating to the proposed fee-to-trust land transfer and casino project referenced in the Federal Register on October 3, 2006, 71 Fed. Reg. 58,427. That Federal Register notice referred to a specific proposal by the Mississippi Band of Choctaw Indians to develop a Class III casino on a site in Jackson County, MS.

10. On November 1, 2006, the Department provided only 13 pages in response to the October 26, 2006 FOIA request, and gave no reasons for withholding other responsive materials. It is apparent that the Department is withholding a number of undisclosed responsive documents because, among other things: (i) the produced documents describe attachments that were not provided; (ii) in conversation with counsel for CBFP, the FOIA Coordinator described other documents that were not provided; and (iii) similar applications by other tribes have included far more extensive materials.

11. Phelps Dunbar submitted a follow-up letter to the FOIA Coordinator in Nashville on November 17, 2006, pressing the Department for further materials responsive to the October 26, 2006 FOIA request. The Department has not responded to that letter.

## THE FOIA APPEAL

12. On December 1, 2006, Ropes & Gray submitted an appeal regarding the Department's response to these two requests to the Department's FOIA Appeals Officer. Under 5 U.S.C. § 552(a)(6)(A)(ii), the Department must make a determination with respect to an appeal within twenty business days.

7248004_1

13. The Department acknowledged receipt of the appeal, but did not make a determination regarding the appeal within the twenty business day deadline required by FOIA. Therefore, Plaintiffs exhausted their administrative remedies under 5 U.S.C. § 552(a)(6)(C) as of January 3, 2007.

14. In a letter dated January 12, 2007, and received January 16, 2007, the Department responded to the appeal as it relates to the August 3, 2006 request, alleging that the request was never received by the Department. On January 23, 2007, Plaintiffs sent the Department the fax transmission confirmation for the August 3 request. In a January 29, 2007 letter, the Department acknowledged receipt of the request originally dated August 3, 2006, as well as the delay in responding to it. Plaintiffs have heard nothing further from the Department regarding this request or appeal. The Department has not responded to the appeal as it relates to the October 26, 2006 request.

## COUNT I

15. Plaintiffs repeat and reallege each and every allegation contained in Paragraphs 1-14, inclusive, above.

16. Plaintiffs have a statutory right under FOIA to all of the records that they seek, and there is no legal basis for Defendant's refusal to disclose them to Plaintiffs.

**Wherefore**, Plaintiffs pray that this Court:

a. Declare that Defendant's refusal to disclose the records requested by Plaintiffs is unlawful;

b. Order Defendant to make all of the requested records available to Plaintiffs;

c. Award Plaintiffs their costs and reasonable attorney's fees in this action; and

d. Grant such other and further relief as the Court may deem just and proper.

7248004_1

Dated: March 7, 2007

Respectfully submitted,

*/s/ David O. Stewart*

David O. Stewart
D.C. Bar No. 336339
Peter M. Brody
D.C. Bar No. 398717
ROPES & GRAY, LLP
700 Twelfth Street, N.W.
Suite 900
Washington, DC 20005
(202) 508-4600

07-446
I
CKK

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Coast Businesses for Fair Play, LLC
Ropes & Gray, LLP
Phelps Dunbar, LLP

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) Hinds County, MS 88888

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

David O. Stewart; Peter M. Brody
Ropes & Gray, LLP
700 12th St. N.W., Ste. 900
Washington, DC 20005
202-508-4600

**DEFENDANTS**

United States Department of the Interior

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER 1:07CV00446

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/07/2007

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZE** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

M

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ⊙ I. *FOIA/PRIVACY ACT*<br><br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
5 U.S.C. 552 - Defendant has insufficiently responded to requests for information under the Freedom of Information Act

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  DEMAND $ _____  JURY DEMAND:  Check YES only if demanded in complaint  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE March 7, 2007  SIGNATURE OF ATTORNEY OF RECORD  *David O. Stewart*

JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.