FILED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

)
COAST BUSINESSES FOR FAIR PLAY, LLC )
ROPES & GRAY, LLP )
PHELPS DUNBAR, LLP )
)
Plaintiff

v.

UNITED STATES DEPARTMENT OF THE
INTERIOR,

Defendant. )
)

CASE NUMBER 1:07CV00446
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 03/07/2007

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Coast Businesses for Fair Play, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Coast Businesses for Fair Play, LLC, which have any outstanding securities in the hands of the public:

- Beau Rivage Resorts, Inc., which is a wholly owned subsidiary of MGM Mirage. MGM Mirage is a publicly traded corporation.

- Ameristar Casino Vicksburg, Inc., which is a wholly owned subsidiary of Ameristar Casinos, Inc. Ameristar Casinos, Inc. is a publicly traded corporation.

- Riverboat Corporation of Mississippi, which is a wholly owned subsidiary of Isle of Capri Casinos, Inc. Isle of Capri Casinos, Inc. is a publicly traded corporation.

- BSL, Inc., which is a wholly owned subsidiary of Penn National Gaming, Inc. Penn National Gaming, Inc. is a publicly traded corporation.

- BTN, Inc., which is a wholly owned subsidiary of Penn National Gaming, Inc. Penn National Gaming, Inc. is a publicly traded corporation.

These representations are made in order that judges of this court may determine the need for recusal.

7248303_1

Dated: March 7, 2007

Attorney of Record,

David O. Stewart
D.C. Bar No. 336339
Peter M. Brody
D.C. Bar No. 398717
ROPES & GRAY, LLP
700 Twelfth Street, N.W.
Suite 900
Washington, DC 20005
(202) 508-4600

7248303_1