UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC )<br>ROPES & GRAY, LLP )<br>PHELPS DUNBAR, LLP )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, )<br>)<br>Defendant. ) | Civil Action No. 07-CV-00446 |

## NOTICE OF ADDRESSES

Counsel for Plaintiffs, COAST BUSINESSES FOR FAIR PLAY, LLC; ROPES AND GRAY, LLC; and PHELPS DUNBAR, LLP respectfully advise this Court and all parties of their addresses as follows:

        Coast Businesses for Fair Play, LLC
        3108 Canty Street
        Pascagoula, MS 39567-4237

        Ropes & Gray, LLP
        700 Twelfth Street, NW
        Suite 900
        Washington, DC 20005-3948

        Phelps Dunbar, LLP
        111 East Capitol Street
        Suite 600
        Jackson, MS 39201-2122

Dated: March 14, 2007                                        Respectfully submitted,

                                              __/s/_____
                                              Peter M. Brody
                                              D.C. Bar No. 398717
                                              ROPES & GRAY, LLP
                                              700 Twelfth Street, N.W.
                                              Suite 900
                                              Washington, DC 20005
                                              (202) 508-4600
                                              peter.brody@ropesgray.com

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on this 14th day of March, 2007, a true copy of the foregoing, Notice of Withdrawal, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      _/s/_____
                                                       Peter M. Brody