UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC )<br>ROPES & GRAY, LLP )<br>PHELPS DUNBAR, LLP )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, )<br>)<br>Defendant. ) | Civil Action No. 07-CV-00446 |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint and related Summonses to be delivered United States Certified Mail to:

> United States Department of Justice
> United States Attorney General
> 950 Pennsylvania Ave., N.W.
> Washington, D.C. 20530
> SERVED: MARCH 12, 2007
>
> United States Attorney's Office
> 555 4th St., NW
> Washington, D.C. 20530
> SERVED: MARCH 12, 2007
>
> United States Department of Interior
> ATTN: Dirk Kempthorne
> 1849 C St., NW
> Washington D.C. 20240
> SERVED: MARCH 12, 2007

Attached hereto as Exhibit A are copies of the United States Postal Service Domestic Return Receipts as Proof of Service and Costs.

Dated: March 20, 2007                                   Respectfully submitted,

                                                        __/s/_____
                                                        Peter M. Brody
                                                        D.C. Bar No. 398717
                                                        ROPES & GRAY, LLP
                                                        700 Twelfth Street, N.W.
                                                        Suite 900
                                                        Washington, DC 20005
                                                        (202) 508-4600
                                                        peter.brody@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2007, a true copy of the foregoing, Proof of Service, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_____
Peter M. Brody

# EXHIBIT A

Case 1:07-cv-00446-CKK    Document 4-2    Filed 03/20/2007    Page 1 of 4



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>MAR 1 2 2007 |
| 1. Article Addressed to:<br>United States Attorney's office<br>555 4th Street NW<br>Washington DC 20530 | D. Is delivery address different from Item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7005 0390 0001 4749 6920

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.12 |

Postmark: MAR 7 2007  NATIONAL CAPITOL   03/07/2007

Sent To: United States Attorney's office
Street, Apt. No.; or PO Box No.: 555 4th Street NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002        See Reverse for Instructions

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Maybee   C. Date of Delivery: MAR 1 2 2007 |
| 1. Article Addressed to:<br><br>United States Dept. of Interior<br>ATTN: Dirk Kempthorne<br>1849 C St. NW<br>Washington DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0001 4749 6982 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Number: 7005 0390 0001 4749 6982

| | |
|---|---|
| Postage | $0.87 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.12   03/07/2007 |

Sent To: United States Dpt. of Interior
Street, Apt. No.; or PO Box No.: 1849 C St. NW
City, State, ZIP+4: Washington, DC 20240

PS Form 3800, June 2002    See Reverse for Instructions