# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC ) <br> ROPES & GRAY, LLP ) <br> PHELPS DUNBAR, LLP ) <br>     ) <br>             Plaintiffs, ) <br>     ) <br>     v. ) <br>     ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, ) <br>     ) <br>             Defendant. ) | Case Number: 1:07CV00446 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully move for summary judgment pursuant to Fed. R. Civ. P. 56(a) on its claim to compel Defendant United States Department of the Interior to produce records improperly withheld under the Freedom of Information Act, 5 U.S.C. § 552, that relate to an off-reservation casino project in Jackson County, Mississippi that has been proposed by the Mississippi Band of Choctaw Indians.

Whether these documents must be produced under FOIA is a question of law on which no material facts are in dispute. FOIA requires agencies to release promptly properly requested records. Without explanation and with significant delay, Defendant is withholding records properly requested by Plaintiff.

Accordingly, Plaintiff's Motion for Summary Judgment should be granted. In support of its motion, Plaintiff submits the attached (i) Memorandum in Support of Motion for Summary Judgment; (ii) Statement of Material Facts; (iii) Declaration of John B. Shortess, and (iv) Declaration of Ryan M. Malone.

-2-

Dated: March 29, 2007                                   Respectfully submitted,

                                                        ___/s/_____
                                                        David O. Stewart
                                                        D.C. Bar No. 336339
                                                        Peter M. Brody
                                                        D.C. Bar No. 398717
                                                        ROPES & GRAY, LLP
                                                        700 Twelfth Street, N.W.
                                                        Suite 900
                                                        Washington, DC 20005
                                                        (202) 508-4600

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of March, 2007, a true copy of the following documents were filed electronically: Plaintiffs' Motion for Summary Judgment, Memorandum in Support of Plaintiffs' Motion for Summary Judgment, Statement of Material Facts in Support of Plaintiffs' Motion for Summary Judgment, Declaration of Ryan M. Malone in Support of Plaintiffs' Motion for Summary Judgment, and Declaration of John B. Shortess in Support of Plaintiffs' Motion for Summary Judgment. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                   _/s/_____
                                                                   Peter M. Brody

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC )<br>ROPES & GRAY, LLP )<br>PHELPS DUNBAR, LLP )<br>     )<br>         Plaintiffs, )<br>     )<br>  v.   )<br>     )<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, )<br>     )<br>         Defendant. )<br>     ) | Case Number: 1:07CV00446 |

## **ORDER**

It is hereby **ORDERED** that Plaintiffs' motion for summary judgment is **GRANTED** and it is further **ORDERED** that Defendant make all requested records available to Plaintiffs and it is further **ORDERED** that Defendant pay Plaintiffs' costs and attorney's fees related to this action.

   **SO ORDERED**


April __, 2007                              _____
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

7250581_1