UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC;<br>ROPES & GRAY, LLP;<br>PHELPS DUNBAR, LLP,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number:  1:07CV00446(CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant.

              Respectfully submitted,

               /s/  Robin M. Meriweather

              ROBIN M. MERIWEATHER, D.C. Bar # 490114
              Assistant United States Attorney
              United States Attorney's Office
              555 4th St., N.W.
              Washington, D.C. 20530
              (202) 514-7198
              Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2007, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiffs by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

David O. Stewart
Peter M. Brody
ROPES & GRAY, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

    /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114