**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC; ) <br> ROPES & GRAY, LLP; ) <br> PHELPS DUNBAR, LLP, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case Number: 1:07CV00446(CKK) |

**DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO OPPOSE
PLAINTIFFS' SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant United States Department of the Interior, through undersigned counsel, respectfully requests that the Court grant a 60-day extension of time for Defendant to oppose Plaintiffs' summary judgment motion, making said opposition due June 13, 2007. In accordance with Local Rule 7(m), counsel for Defendant has conferred with counsel for Plaintiffs. Plaintiffs oppose Defendant's request for a 60-day extension of time, but counsel for Plaintiffs stated that Plaintiffs would not oppose a 30-day extension. In support of this motion, Defendant states as follows:

1. On March 7, 2007, Plaintiffs filed a complaint under the Freedom of Information Act ("FOIA"), alleging that Defendant withheld agency records responsive to requests made under FOIA. The complaint concerns two FOIA requests: one submitted by Plaintiff Ropes & Gray, and one submitted by Plaintiff Phelps Dunbar to the Department's FOIA Coordinator in

Nashville, Tennessee.  The FOIA requests seek records concerning a proposal by the Mississippi Band of Choctaw Indians (the "Tribe") to develop a casino in Mississippi, and information concerning any request by the Tribe that lands be taken into trust on the Tribe's behalf.

2. On March 29, 2007, Plaintiffs filed a motion requesting that summary judgment be entered in Plaintiffs' favor.

3. Defendant's opposition to Plaintiffs' summary judgment motion currently is due April 12, 2007.  See L. Civ. R. 7(b); Fed. R. Civ. P. 6(e).

4. Defendant believes that this FOIA case should be resolved through the filing of dispositive motions.  However, Defendant respectfully submits that it would be most efficient to submit a single motion that opposes Plaintiffs' summary judgment motion and presents arguments supporting the entry of summary judgment in favor of Defendant.  Although Defendant wishes to file its opposition and cross-motion for summary judgment expeditiously, the default 11-day period for opposing motions would not give Defendant sufficient time to gather the facts and other materials necessary to support Defendant's opposition and cross-motion.

5. The relevant subdivisions of Department of the Interior are still processing Plaintiffs' FOIA requests.  To the extent the requested documents include confidential commercial or financial information submitted by the Tribe, federal regulations require the Department to consult with the Tribe before releasing the information.  43 C.F.R. § 2.23(a), (b), (d). Those regulations also require the Department to give the Tribe an opportunity to review and comment on the release of responsive materials containing confidential commercial or financial information.  Id. § 2.23(d).

6.Defendant intends to submit a detailed declaration that describes the withheld documents and explains the extent to which those documents contain third-party confidential commercial or financial information or otherwise are exempt from disclosure. That detailed index would comply with the requirements set forth in <u>Vaughn v. Rosen</u>, 484 F.2d 820 (D.C. Cir. 1973). The proposed 60-day extension of time would provide Defendant the time needed to prepare that index.[1]

7.Preparing Defendant's opposition and cross-motion for summary judgment also will require counsel for Defendant to consult with agency counsel and the relevant agency FOIA officer(s) to develop a factual record and prepare its counter-statement of material facts. That will likely involve obtaining declarations from Department employees and preparing other exhibits.

8.Defendant anticipates that additional releases of documents will be made to Plaintiffs before the conclusion of this proposed 60-day enlargement of time.

9.There are no pending deadlines or court appearances that this extension would affect.

10.Granting this extension should cause no prejudice.

---

[1]Defendant recognizes that it could request that the Court conduct an <u>in camera</u> review of the relevant documents. However, Defendant believes that the detailed index would be more efficient. The index also would give Plaintiffs information about the scope of any withheld documents.

WHEREFORE Defendant submits that this motion for a 60-day extension of time to oppose Plaintiffs' summary judgment motion should be granted.

Dated: April 12, 2007

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Of Counsel:**

Robin Friedman
United States Department of the Interior, Division of General Law

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, I caused the foregoing Motion for Extension of Time to Oppose Plaintiffs' Summary Judgment Motion to be served on counsel for the Plaintiffs by the Electronic Case Filing system or, if I receive notice that electronic service fails, then by mail, postage prepaid, addressed as follows:

David O. Stewart
Peter M. Brody
ROPES & GRAY, LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

    /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC; ROPES & GRAY, LLP; PHELPS DUNBAR, LLP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 1:07CV00446(CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's First Motion for Extension of Time to Oppose Plaintiffs' Summary Judgment Motion, it is this _____ day of _____, 2007,

ORDERED that Defendant's First Motion for Extension of Time to Oppose Plaintiffs' Summary Judgment Motion be and is hereby GRANTED.

It is further ORDERED that Defendant's opposition to Plaintiffs' Motion for Summary Judgment is due June 13, 2007.

SO ORDERED.

_____
United States District Judge