UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COAST BUSINESSES FOR FAIR PLAY, LLC; <br> ROPES & GRAY, LLP; <br> PHELPS DUNBAR, LLP, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | Case Number: 1:07CV00446(CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Dated: June 13, 2007

_/s/ David O. Stewart (pmm)_
DAVID O. STEWART
D.C. BAR No. 336339
Peter M. Brody
D.C. Bar No. 398717
ROPES & GRAY, LLP
700 Twelfth Street, N.W.
Suite 900
Washington, DC 20005
(202) 508-4600

Respectfully submitted,

_/s/ Jeffrey A. Taylor_
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_
ROBIN M. MERIWEATHER
D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendant*